1    **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE DISTRICT OF ARIZONA

8

9

10   Rick Steele Sagaser, Jr.,                )
                                              )
11                  Petitioner,               )    No. CV-08-1267-PHX-PGR (GEE)
            vs.                               )
12                                            )
     Dora B. Schriro, et al.,                 )
13                                            )        ORDER
                    Respondents.              )
14   ─────────────────────────────           )

15         Having considered *de novo* the Report and Recommendation of Magistrate

16   Judge Edmonds notwithstanding that no party has filed any objection to the

17   Report and Recommendation, the Court finds that the Magistrate Judge correctly

18   determined that the petitioner's Petition for a Writ of Habeas Corpus, filed

19   pursuant to 28 U.S.C. § 2254, must be denied because the claim underlying the

20   petition, *i.e.* that the petitioner is being held in custody past the expiration date of

21   his state court sentence, has not been exhausted given that the petitioner, as he

22   concedes, has not submitted it to the Arizona courts for resolution, and because

23   the petition fails to state a federally cognizable claim as it is based on an alleged

24   misapplication of state sentencing laws that does not rise to the level of

25   fundamental unfairness.  Therefore,

26         IT IS ORDERED that the Magistrate Judge's Report and Recommendation

(doc. #12) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that the petitioner's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody is denied and that this action is dismissed.  The Clerk of the Court shall enter judgment accordingly.

DATED this 14th day of January, 2009.


Paul G. Rosenblatt
United States District Judge